UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL VOIVOD, individually and on behalf of all others similarly situated, | NO. 2:25-cv-01927-JHC |
| Plaintiff, | **ORDER** |
| v. | |
| PYRAMID THEODORE MANAGEMENT LLC, a foreign limited liability company doing business as HOTEL THEODORE, ROOSEVELT HOTEL, RIDER, and MADE; ASPEN LODGING GROUP, LLC, a foreign limited liability company doing business as HOTEL THEODORE, HOTEL MURANO, and HOTEL MAX; THEODORE F&B, LLC, a foreign limited liability company doing business as RIDER and MADE COFFEE; ROOSEVELT HOTEL OWNER LLC, a foreign limited liability company; PYRAMID MAX MANAGEMENT LLC, a foreign limited liability company doing business as HOTEL MAX; PYRAMID MURANO MANAGEMENT LLC, a foreign limited liability company doing business as HOTEL MURANO, BITE, and LOBBY BAR; PYRAMID SEATTLE MANAGEMENT LLC, a foreign limited liability company doing business as HILTON GARDEN INN – | |

| | |
|---|---|
| 1 | SEATTLE DOWNTOWN; PYRAMID SEATTLE TENANT LLC, a foreign limited liability company doing business as HILTON GARDEN INN SEATTLE DOWNTOWN; KS TACOMA HOTEL, LLC, a foreign limited liability company doing business as HOTEL MURANO, BITE, and LOBBY BAR; BENCHMARK BELLEVUE LLC, a foreign limited liability company doing business as INTERCONTINENTAL BELLEVUE AT THE AVENUE; BMC – THE BENCHMARK MANAGEMENT COMPANY, LLC, a foreign limited liability company; BELLEVUE LUXURY HOSPITALITY LLC, a foreign limited liability company doing business as INTERCONTINENTAL BELLEVUE AT THE AVENUE; and DOES 1-20, as yet unknown Washington entities, |
| | Defendants. |

THIS MATTER comes before the Court on Plaintiff's Motion to Remand. Dkt. # 12. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. The Court find oral argument unnecessary.

Being fully advised, for the reasons presented by Plaintiff, Dkt. ## 12 and 14, and in line with recent decisions of other judges in this District—*e.g.*, *Floyd v. Photon Infotech Inc.*, 2025 WL 3442736 (W.D. Wash. December 1, 2025); *Eggleston v. Bruckner Truck Sales Inc.*, 2025 WL 3153503 (W.D. Wash. November 12, 2025); and *Hill v. Les Schwab Tire Centers of Washington LLC*, 2025 WL 3062646 (W.D. Wash. October 31, 2025)—the Court GRANTS the motion and REMANDS this case to King County Superior Court.

//

1  DATED this 10th day of December, 2025.

3  _____
John H. Chun
4  United States District Judge

ORDER - PAGE 3
(2:25-cv-01927-JHC)